THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 David Wayne
 Short, Appellant.
 
 
 

Appeal From Darlington County
 James E. Lockemy, Circuit Court Judge
Unpublished Opinion No. 2010-UP-311
Submitted June 1, 2010  Filed June 15,
 2010
Affirmed 

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  David Wayne Short appeals the revocation
 of his probation arguing the imposition of a further term of community
 supervision violated his right to due process and deprived him of the
 constitutional protections guaranteed all criminal defendants.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the
 following authority: See State v. Shumate, 276 S.C. 46, 47, 275 S.E.2d
 288, 288 (1981) (holing a defendant's failure "to object to or seek modification of the revocation
 sentence in the trial court" precludes challenging the sentence on
 appeal).
Affirmed. 
FEW, C.J., WILLIAMS, J., and CURETON, A.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.